UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: CHAMBERLIN, ROBERT L., JR.  § Case No. 08-73244
       CHAMBERLIN, AMY M.          §
                                   §
Debtor(s)                          §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on October 08, 2008. The undersigned trustee was appointed on February 11, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $     19,796.24

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 15.74 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 19,780.50 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 04/30/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009)

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,729.62. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $2,729.62, for a total compensation of $2,729.62. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $83.02, for total expenses of $83.02.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/31/2009            By:/s/JOSEPH D. OLSEN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-73244  
Case Name: CHAMBERLIN, ROBERT L., JR.  
CHAMBERLIN, AMY M.  
Period Ending: 12/31/09

Trustee: (330400) JOSEPH D. OLSEN  
Filed (f) or Converted (c): 10/08/08 (f)  
§341(a) Meeting Date: 11/06/08  
Claims Bar Date: 04/30/09

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence 708 Hewitt Street, Forre | 132,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash from Debtor's wages | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Cornerstone Credit Union, | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account with Cornerstone Credit Union, F | 10.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account at Union Savings | 10.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account at US Bank | 10.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furniture, furnishings, appliances, and misc. ot | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Books, pictures, videos, Nascar collection, musi | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Debtor's clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Rings, watches and misc. other items | 750.00 | 0.00 | DA | 0.00 | FA |
| 11 | Fishing poles and misc. fishing equipment and mi | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Term life insurance policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Term life insurance policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Mrs. Chamberlin is self employed as a hair styli | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | 2005 Ford Taurus | 6,400.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2002 Pontiac Montana | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 17 | Equipment used in hair styling work (less than $5 | 500.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1 dog - housepet | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | Misc. household tools & implements, lawn mower, | 600.00 | 0.00 | DA | 0.00 | FA |
| 20 | Inheritance (u) | 0.00 | 20,000.00 | | 19,788.99 | FA |
| 21 | Inheritance/future interest in RE | Unknown | 10,000.00 | OA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 7.25 | Unknown |
| 22 | Assets    Totals (Excluding unknown values) | $151,680.00 | $30,000.00 | | $19,796.24 | $0.00 |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73244
**Case Name:** CHAMBERLIN, ROBERT L., JR.
CHAMBERLIN, AMY M.
**Period Ending:** 12/31/09

**Trustee:** (330400)    JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 10/08/08 (f)
**§341(a) Meeting Date:** 11/06/08
**Claims Bar Date:** 04/30/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**    December 31, 2009         **Current Projected Date Of Final Report (TFR):**    December 31, 2009

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-73244 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | CHAMBERLIN, ROBERT L., JR. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CHAMBERLIN, AMY M. | | Account: | \*\*\*-\*\*\*\*\*39-65 - Money Market Account |
| Taxpayer ID #: | 38-6873951 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/31/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #}/<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/03/09 | {20} | Robert L. Chamberlin, Jr. | Inheritance | 1229-000 | 19,788.99 | | 19,788.99 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 19,789.71 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 19,790.51 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 19,791.29 |
| 06/05/09 | | To Account #\*\*\*\*\*\*\*\*3966 | Bond premium pymt | 9999-000 | | 15.74 | 19,775.55 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 19,776.41 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,777.24 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,778.07 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 19,778.87 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 19,779.67 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,780.50 |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 19,796.24 | 15.74 | $19,780.50 |
| | Less: Bank Transfers | 0.00 | 15.74 | |
| | Subtotal | 19,796.24 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $19,796.24 | $0.00 | |

{} Asset reference(s)

Printed: 12/31/2009 09:06 AM    V.11.54

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-73244 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | CHAMBERLIN, ROBERT L., JR. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | CHAMBERLIN, AMY M. | | Account: | ***-*****39-66 - Checking Account |
| Taxpayer ID #: | 38-6873951 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/31/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/09 | | From Account #********3965 | Bond premium pymt | 9999-000 | 15.74 | | 15.74 |
| 06/05/09 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #08-73244, Bond #016018067 | 2300-000 | | 15.74 | 0.00 |
| | | | ACCOUNT TOTALS | | 15.74 | 15.74 | $0.00 |
| | | | Less: Bank Transfers | | 15.74 | 0.00 | |
| | | | Subtotal | | 0.00 | 15.74 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $15.74 | |

Net Receipts : 19,796.24

Net Estate : $19,796.24

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****39-65 | 19,796.24 | 0.00 | 19,780.50 |
| Checking # ***-*****39-66 | 0.00 | 15.74 | 0.00 |
| | $19,796.24 | $15.74 | $19,780.50 |

{} Asset reference(s)    Printed: 12/31/2009 09:06 AM    V.11.54

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: April 30, 2009

Case Number: 08-73244  
Debtor Name: CHAMBERLIN, ROBERT L., JR.

Page: 1

Date: December 31, 2009  
Time: 09:06:01 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $2,729.62 | $0.00 | 2,729.62 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $83.02 | $0.00 | 83.02 |
| 200 | U.S. Bankruptcy Court<br>211 South Court<br>Rockford, IL 61101 | Admin Ch. 7 | Fee to Reopen. | $260.00 | $0.00 | 260.00 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $891.00 | $0.00 | 891.00 |
| 1<br>610 | Recovery Management Systems Corporation<br>For Capital Recovery II, As Assignee of<br>MENARDS, 25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | Unsecured | | $3,232.44 | $0.00 | 3,232.44 |
| 2<br>610 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $5,362.79 | $0.00 | 5,362.79 |
| 3<br>610 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>Resurgent Capital Services, PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $260.75 | $0.00 | 260.75 |
| 4<br>610 | PYOD LLC its successors and assigns as assignee of<br>MHC Receivables, LLC<br>Resurgent Capital Services, PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $584.59 | $0.00 | 584.59 |
| 5<br>610 | Chase Bank USA, N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | | $514.94 | $0.00 | 514.94 |
| 6<br>610 | SFC- Central Bankruptcy<br>209 DAWSON RD. STE. 4B<br>COLUMBIA, SC 29223 | Unsecured | | $666.00 | $0.00 | 666.00 |
| 7<br>610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $319.49 | $0.00 | 319.49 |
| 8<br>610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $6,351.68 | $0.00 | 6,351.68 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: April 30, 2009

Case Number: 08-73244　　　　　　　　　　　Page: 2　　　　　　　　　Date: December 31, 2009
Debtor Name: CHAMBERLIN, ROBERT L., JR.　　　　　　　　　　　　　　Time: 09:06:01 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $2,304.10 | $0.00 | 2,304.10 |
| << Totals >> | | | | 23,560.42 | 0.00 | 23,560.42 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-73244
Case Name: CHAMBERLIN, ROBERT L., JR.
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 2,729.62 | $ 83.02 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 891.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 260.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,596.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 80.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 3,232.44 | $ 2,608.95 |
| 2 | Discover Bank/DFS Services LLC | $ 5,362.79 | $ 4,328.39 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 260.75 | $ 210.46 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 584.59 | $ 471.83 |
| 5 | Chase Bank USA,N.A | $ 514.94 | $ 415.62 |
| 6 | SFC- Central Bankruptcy | $ 666.00 | $ 537.54 |
| 7 | Roundup Funding, LLC | $ 319.49 | $ 257.87 |
| 8 | Roundup Funding, LLC | $ 6,351.68 | $ 5,126.53 |
| 9 | Roundup Funding, LLC | $ 2,304.10 | $ 1,859.67 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*
                                  N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*
                                  N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**