**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: CHAMBERLIN, ROBERT L., JR. | § | Case No. 08-73244 |
| CHAMBERLIN, AMY M. | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 02/01/2010 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : _12/31/2009_    By: _/s/JOSEPH D. OLSEN_
                                                Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: CHAMBERLIN, ROBERT L., JR. | § | Case No. 08-73244 |
| CHAMBERLIN, AMY M. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 19,796.24 |
| *and approved disbursements of* | $ 15.74 |
| *leaving a balance on hand of* [1] | $ 19,780.50 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                          *Proposed Payment*
                                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 2,729.62 | $ 83.02 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 891.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 260.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*                *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,596.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 80.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 3,232.44 | $ 2,608.95 |
| 2 | Discover Bank/DFS Services LLC | $ 5,362.79 | $ 4,328.39 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 260.75 | $ 210.46 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 584.59 | $ 471.83 |
| 5 | Chase Bank USA,N.A | $ 514.94 | $ 415.62 |
| 6 | SFC- Central Bankruptcy | $ 666.00 | $ 537.54 |
| 7 | Roundup Funding, LLC | $ 319.49 | $ 257.87 |
| 8 | Roundup Funding, LLC | $ 6,351.68 | $ 5,126.53 |
| 9 | Roundup Funding, LLC | $ 2,304.10 | $ 1,859.67 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant*                                   *Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                                   *Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/JOSEPH D. OLSEN
                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez               Page 1 of 2                    Date Rcvd: Jan 05, 2010
Case: 08-73244                 Form ID: pdf006             Total Noticed: 46

The following entities were noticed by first class mail on Jan 07, 2010.
db/jdb        +Robert L. Chamberlin, Jr.,    Amy M. Chamberlin,    708 Hewitt St,    Forreston, IL 61030-9797
aty           +Craig A Willette,   Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty           +Joseph D. Olsen,   Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
aty           +Mark Zaleski,   Mark E. Zaleski, Attorney at Law,    10 N Galena Avenue #220,
                Freeport, IL 61032-4360
tr            +Joseph D Olsen,   Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
12686758       Bank of America,   PO Box 17220,    Baltimore, MD 21297-1220
12686759      +Bank of America,   PO Box 45224,    Jacksonville, FL 32232-5224
12686760       Bank of America,   PO Box 15726,    Wilmington, DE 19886-5726
12686761       Bank of America,   PO Box 37271,    Baltimore, MD 21297-3271
12686763       Capital One,   Bankruptcy Department,    PO Box 85167,    Richmond, VA 23285-5167
12686762      +Capital One,   Bankruptcy Department,    PO Box 5155,    Norcross, GA 30091-5155
12701357      +Capital One Auto Finance,    P.O. Box 829009,    Dallas, Texas 75382-9009
12686766       Capital One Bank,   PO Box 790216,    Saint Louis, MO 63179-0216
12686765       Capital One Bank,   PO Box 5294,    Carol Stream, IL 60197-5294
12686767       Capital One Services, Inc.,    PO Box 30278,    Salt Lake City, UT 84130-0278
12686768       Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
13679781      +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12686770       Citizens Automobile Finance, Inc.,    PO Box 42113,    Providence, RI 02940-2113
12686771       Direct Merchants Bank,    Payment Center,    PO Box 17313,    Baltimore, MD 21297-1313
12686773      +First Franklin Loan Services,    150 Allegheny Center Mall,    IDC 09071,
                Pittsburgh, PA 15212-5335
12686774       First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
12686775       First Premier Bank,    PO Box 5524,    Sioux Falls, SD 57117-5524
12686776      +Freedman, Anselmo, Indberg & Rappe,    PO Box 3228,    Naperville, IL 60566-3228
12686777       Freeport Health Network/Hospital,    Central Business Office,    PO Box 857,
                Freeport, IL 61032-0857
12686778       HSBC Card Services,    PO Box 81622,    Salinas, CA 93912-1622
12686784      ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: NCO Financial Systems,    PO Box 8547,    Philadelphia, PA 19101)
12686782       MCI Residential Service,    PO Box 17890,    Denver, CO 80217-0890
12686780      +Mann Bracken LLC,    2727 Paces Ferry Rd.,    One Paces West, Suite 1400,    Atlanta, GA 30327-2734
12686781       Maurices,   World Financial Network Nat. Bank,    PO Box 659705,    San Antonio, TX 78265-9705
12686783       Menards,   Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
12686785       NCO Financial Systems,    PO Box 15740,    Wilmington, DE 19850-5740
12686786       Orchard Bank,   Bankcard Services,    PO Box 80084,    Salinas, CA 93912-0084
13596803       PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
13677550       PYOD LLC its successors and assigns as assignee of,    MHC Receivables, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13684423      ++SECURITY FINANCE CENTRAL BANKRUPTCY,    P O BOX 1893,    SPARTANBURG SC 29304-1893
              (address filed with court: SFC- Central Bankruptcy,    209 DAWSON RD. STE. 4B,
                COLUMBIA, SC. 29223)
12686787      ++SECURITY FINANCE CENTRAL BANKRUPTCY,    P O BOX 1893,    SPARTANBURG SC 29304-1893
              (address filed with court: Security Finance,    423 South Street,    Freeport, IL 61032)
12686788       Target,   Retailers National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
12686789      +Tri-State Adjustments,    440 Challenge St,    Freeport, IL 61032-2540
The following entities were noticed by electronic transmission on Jan 05, 2010.
12686757       E-mail/PDF: recoverybankruptcy@afninet.com Jan 06 2010 00:13:19     AFNI, Inc.,    PO Box 3427,
                Bloomington, IL 61702-3427
12686764       E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
                Capital One Auto Finance,    PO Box 93016,    Long Beach, CA 90809-3016
12833316      +E-mail/PDF: rmscedi@recoverycorp.com Jan 06 2010 00:21:49      Capital Recovery II,
                Recovery Management Systems Corp,    25 S. E. 2nd Ave., Ste 1120,    Miami, FL 33131-1605,
                Attn: Ramesh Singh
12686772       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2010 00:13:28      Discover,   PO Box 30395,
                Salt Lake City, UT 84130-0395
13555711       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2010 00:13:28
                Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12686779       E-mail/PDF: cr-bankruptcy@kohls.com Jan 06 2010 00:13:36      Kohl's,   PO Box 2983,
                Milwaukee, WI 53201-2983
13515074      +E-mail/PDF: rmscedi@recoverycorp.com Jan 06 2010 00:21:49
                Recovery Management Systems Corporation,    For Capital Recovery II,    As Assignee of MENARDS,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13709712       E-mail/PDF: BNCEmails@blinellc.com Jan 06 2010 00:12:23      Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12686769       Childrens Place
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cshabez          Page 2 of 2          Date Rcvd: Jan 05, 2010
Case: 08-73244                Form ID: pdf006        Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 07, 2010**                    **Signature:**    _/s/ Joseph Speetjens_