**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: CHAMBERLIN, ROBERT L., JR.　　§　Case No. 08-73244
　　　　CHAMBERLIN, AMY M.　　　　　 §
　　　　　　　　　　　　　　　　　　 §
Debtor(s)　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $151,680.00 | Assets Exempt:  $22,750.00 |
| Total Distribution to Claimants: $15,818.57 | Claims Discharged Without Payment:  $3,778.21 |
| Total Expenses of Administration: $3,979.38 | |

　　　3) Total gross receipts of $    19,797.95   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $19,797.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,979.38 | 3,979.38 | 3,979.38 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 19,596.78 | 19,596.78 | 15,818.57 |
| **TOTAL DISBURSEMENTS** | $0.00 | $23,576.16 | $23,576.16 | $19,797.95 |

    4) This case was originally filed under Chapter 7 on October 08, 2008.
. The case was pending for 19 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2010          By: /s/JOSEPH D. OLSEN
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1229-000 | 19,788.99 |
| Interest Income | 1270-000 | 8.96 |
| **TOTAL GROSS RECEIPTS** | | **$19,797.95** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,729.62 | 2,729.62 | 2,729.62 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 83.02 | 83.02 | 83.02 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 891.00 | 891.00 | 891.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 15.74 | 15.74 | 15.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,979.38 | 3,979.38 | 3,979.38 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Recovery Management Systems Corporation | 7100-000 | N/A | 3,232.44 | 3,232.44 | 2,609.23 |
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 5,362.79 | 5,362.79 | 4,328.86 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 260.75 | 260.75 | 210.48 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 584.59 | 584.59 | 471.88 |
| Chase Bank USA,N.A | 7100-000 | N/A | 514.94 | 514.94 | 415.66 |
| SFC- Central Bankruptcy | 7100-000 | N/A | 666.00 | 666.00 | 537.60 |
| Roundup Funding, LLC | 7100-000 | N/A | 319.49 | 319.49 | 257.89 |
| Roundup Funding, LLC | 7100-000 | N/A | 6,351.68 | 6,351.68 | 5,127.09 |
| Roundup Funding, LLC | 7100-000 | N/A | 2,304.10 | 2,304.10 | 1,859.88 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 19,596.78 | 19,596.78 | 15,818.57 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73244  
**Case Name:** CHAMBERLIN, ROBERT L., JR.  
CHAMBERLIN, AMY M.  
**Period Ending:** 05/03/10

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/08/08 (f)  
**§341(a) Meeting Date:** 11/06/08  
**Claims Bar Date:** 04/30/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence 708 Hewitt Street, Forre | 132,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash from Debtor's wages | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Cornerstone Credit Union, | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account with Cornerstone Credit Union, F | 10.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account at Union Savings | 10.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account at US Bank | 10.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furniture, furnishings, appliances, and misc. ot | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Books, pictures, videos, Nascar collection, musi | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Debtor's clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Rings, watches and misc. other items | 750.00 | 0.00 | DA | 0.00 | FA |
| 11 | Fishing poles and misc. fishing equipment and mi | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Term life insurance policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Term life insurance policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Mrs. Chamberlin is self employed as a hair styli | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | 2005 Ford Taurus | 6,400.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2002 Pontiac Montana | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 17 | Equipment used in hair styling work (less than $5 | 500.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1 dog - housepet | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | Misc. household tools & implements, lawn mower, | 600.00 | 0.00 | DA | 0.00 | FA |
| 20 | Inheritance  (u) | 0.00 | 20,000.00 | | 19,788.99 | FA |
| 21 | Inheritance/future interest in RE | Unknown | 10,000.00 | OA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 8.96 | Unknown |
| 22 | Assets    Totals (Excluding unknown values) | **$151,680.00** | **$30,000.00** | | **$19,797.95** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee administered an inheritance, post-petition.  The Trustee abandoned his remainderman interest as a fractional share owner in some real estate subject to a life-tenant's interest.  The final report should be on file before 1/31/10.

Printed: 05/03/2010 07:50 AM    V.12.08

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-73244　　　　　　　　　　　**Trustee:**　　(330400)　　JOSEPH D. OLSEN
**Case Name:** CHAMBERLIN, ROBERT L., JR.　　　**Filed (f) or Converted (c):** 10/08/08 (f)
　　　　　　　CHAMBERLIN, AMY M.　　　　　　**§341(a) Meeting Date:** 11/06/08
**Period Ending:** 05/03/10　　　　　　　　　　**Claims Bar Date:** 04/30/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2009　　　　**Current Projected Date Of Final Report (TFR):**　　January 5, 2010

Printed: 05/03/2010 07:50 AM　　V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-73244  
**Case Name:** CHAMBERLIN, ROBERT L., JR.  
CHAMBERLIN, AMY M.  
**Taxpayer ID #:** **-***3951  
**Period Ending:** 05/03/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****39-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/03/09 | {20} | Robert L. Chamberlin, Jr. | inheritance | 1229-000 | 19,788.99 | | 19,788.99 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 19,789.71 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 19,790.51 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 19,791.29 |
| 06/05/09 | | To Account #********3966 | Bond premium pymt | 9999-000 | | 15.74 | 19,775.55 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.86 | | 19,776.41 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,777.24 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,778.07 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 19,778.87 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 19,779.67 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,780.50 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 19,781.33 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 19,782.11 |
| 02/03/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.10 | | 19,782.21 |
| 02/03/10 | | To Account #********3966 | Prep. of Amd Dist. Rpt. | 9999-000 | | 19,782.21 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,797.95 | 19,797.95 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 19,797.95 | |
| | | | **Subtotal** | | 19,797.95 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,797.95** | **$0.00** | |

{} Asset reference(s)

Printed: 05/03/2010 07:50 AM    V.12.08

Page: 2

# FORM 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-73244  
**Case Name:** CHAMBERLIN, ROBERT L., JR.  
CHAMBERLIN, AMY M.  
**Taxpayer ID #:** **-***3951  
**Period Ending:** 05/03/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****39-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/09 | | From Account #********3965 | Bond premium pymt | 9999-000 | 15.74 | | 15.74 |
| 06/05/09 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #08-73244, Bond #016018067 | 2300-000 | | 15.74 | 0.00 |
| 02/03/10 | | From Account #********3965 | Prep. of Amd Dist. Rpt. | 9999-000 | 19,782.21 | | 19,782.21 |
| 02/08/10 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $891.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 891.00 | 18,891.21 |
| 02/08/10 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,729.62, Trustee Compensation;  Reference: | 2100-000 | | 2,729.62 | 16,161.59 |
| 02/08/10 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $83.02, Trustee Expenses;  Reference: | 2200-000 | | 83.02 | 16,078.57 |
| 02/08/10 | 105 | U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 15,818.57 |
| 02/08/10 | 106 | Recovery Management Systems Corporation | Dividend paid 80.72% on $3,232.44; Claim# 1; Filed: $3,232.44; Reference: | 7100-000 | | 2,609.23 | 13,209.34 |
| 02/08/10 | 107 | Discover Bank/DFS Services LLC | Dividend paid 80.72% on $5,362.79; Claim# 2; Filed: $5,362.79; Reference: | 7100-000 | | 4,328.86 | 8,880.48 |
| 02/08/10 | 108 | PYOD LLC its successors and assigns as assignee of | Dividend paid 80.72% on $260.75; Claim# 3; Filed: $260.75; Reference: | 7100-000 | | 210.48 | 8,670.00 |
| 02/08/10 | 109 | PYOD LLC its successors and assigns as assignee of | Dividend paid 80.72% on $584.59; Claim# 4; Filed: $584.59; Reference: | 7100-000 | | 471.88 | 8,198.12 |
| 02/08/10 | 110 | Chase Bank USA,N.A | Dividend paid 80.72% on $514.94; Claim# 5; Filed: $514.94; Reference: | 7100-000 | | 415.66 | 7,782.46 |
| 02/08/10 | 111 | SFC- Central Bankruptcy | Dividend paid 80.72% on $666.00; Claim# 6; Filed: $666.00; Reference: | 7100-000 | | 537.60 | 7,244.86 |
| 02/08/10 | 112 | Roundup Funding, LLC | Dividend paid 80.72% on $319.49; Claim# 7; Filed: $319.49; Reference: | 7100-000 | | 257.89 | 6,986.97 |
| 02/08/10 | 113 | Roundup Funding, LLC | Dividend paid 80.72% on $6,351.68; Claim# 8; Filed: $6,351.68; Reference: | 7100-000 | | 5,127.09 | 1,859.88 |
| 02/08/10 | 114 | Roundup Funding, LLC | Dividend paid 80.72% on $2,304.10; Claim# 9; Filed: $2,304.10; Reference: | 7100-000 | | 1,859.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,797.95 | 19,797.95 | $0.00 |
| | | | Less: Bank Transfers | | 19,797.95 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 19,797.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$19,797.95** | |

{} Asset reference(s)

Printed: 05/03/2010 07:50 AM   V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-73244  
**Case Name:** CHAMBERLIN, ROBERT L., JR.  
CHAMBERLIN, AMY M.  
**Taxpayer ID #:** **-***3951  
**Period Ending:** 05/03/10

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******39-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)  
Printed: 05/03/2010 07:50 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 08-73244 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** CHAMBERLIN, ROBERT L., JR. / CHAMBERLIN, AMY M. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******39-66 - Checking Account |
| **Taxpayer ID #:** **-***3951 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 05/03/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Net Receipts :  19,797.95

Net Estate :  $19,797.95

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****39-65** | 19,797.95 | 0.00 | 0.00 |
| **Checking # ***-*****39-66** | 0.00 | 19,797.95 | 0.00 |
| **MMA # 9200-******39-65** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******39-66** | 0.00 | 0.00 | 0.00 |
| | $19,797.95 | $19,797.95 | $0.00 |